## (October 25, 1940.)

LILLIAN MacKINNON and HAROLD A. GATES, Respondents, v. MAE McCALL ANDERSON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Unter- and Untermyer, JJ.

GRACE M. GRAHAM, as Sole Remaining Executrix of the Estate of EDWARD C. CLIFFORD, Deceased, Respondent, v. ISRAEL O. BLAKE and Others, Appellants, Impleaded with Another, Defendant.— Order unanimously modified by limiting the examination before trial with respect to items 8, 12, 20 and 26 to facts occurring up to the date of the sale, and, as so modified, affirmed, without costs. The examination to proceed on November 4th, 1940, at ten A. M., at Special Term, Part II. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See, also, *post*, p. 919.]

GRACE M. GRAHAM, as Sole Remaining Executrix of the Estate of EDWARD C. CLIFFORD, Deceased, Respondent, v. ISRAEL O. BLAKE and Others, Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, unani- mously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See, also, *post*, p. 919.]

In the Matter of the Application for the Appointment of an Administrator of the Estate of FRANCIS A. DUGRO, Deceased. FRANCIS A. DUGRO, Appellant; MARVIN DUGRO BUTTLES, JR., Respondent.—Decree, so far as appealed from, unani- mously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CHARLES STEWART DAVISON and Another, etc., Appellants, v. PARKE, AUSTIN & LIPSCOMB, INC., and Others, Respondents, Impleaded with Others, Defendants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

CHARLES R. JOHNSON, Appellant, v. J. STERLING ROCKEFELLER and Another, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

HAVEN B. PAGE, Appellant, v. CHARLES H. PAYNE, Respondent.— The record discloses that the defendant's counterclaim is sham and that if any cause of action ever existed as pleaded in the counterclaim it has been barred by the Statute of Limi- tations. The motion for summary judgment dismissing the counterclaim should have been granted. Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion for summary judgment dismissing the counterclaim granted. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

HELEN MILLER, Appellant, v. CONNECTICUT GENERAL LIFE INSURANCE COM- PANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Calla- han, JJ.

ROSE DORF and ADOLPH DORF, Respondents, v. ELIZABETH M. KASTENBERG and IRVING J. KASTENBERG, Appellants.— Judgment unanimously reversed and a